```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                           AUG 12 2008

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY                     DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LIA RAMOS, | Case No. CV 08-1114-PSG (JTL) |
| Petitioner, | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| DEBORAH PATRICK, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: 8/12/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE