FILED
CLERK, U.S. DISTRICT COURT
AUG 1 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LIA RAMOS, | Case No. CV 08-1114-PSG (JTL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DEBORAH PATRICK, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 8/12/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE